UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff              )<br>                              )<br>     vs.                      )<br>                              )<br> HECTOR MIGUEL BAHENA-DOMINGUEZ )<br>     Defendant(s)          ) | 07cR2924-L<br>CRIMINAL NO. 07mj2119<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

FROYLAN MORENO-CASTRO

DATED: 10/30/07

RECEIVED _____
        DUSM

**Leo S. Papas**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by          JARABEK
           Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082