AO 455 (Rev. 5/85) Waiver of Indictment

32

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 3 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

HECTOR MIGUEL BAHENA-DOMINGUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 07cr2924-L

I, HECTOR MIGUEL BAHENA-DOMINGUEZ, the above-named defendant, who is accused of committing the following offenses:

> Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 10/30/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X  Hector M B D.
Defendant

_____
Defense Counsel

Before _____
Judicial Officer