1  JASON I. SER
   California State Bar Number 201816
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  E-mail:  jason_ser@fd.org

5  Attorneys for Mr. Bahena

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| UNITED STATES OF AMERICA, | ) | Case No. 07cr2924-L |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| v. | ) | SENTENCING HEARING |
| | ) | |
| HECTOR BAHENA-DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, HECTOR BAHENA-DOMINGUEZ, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the Assistant United States Attorney assigned to his case, Aaron Clark, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to continue the Sentencing Hearing now scheduled for January 22, 2008 at 8:30 a.m. until February 11, 2008 at 8:30 a.m.

//
//
//

1     Defense counsel will be out of the district beginning January 19, 2008 and will not be returning until January 26, 2008.

    The proposed date and time for the sentencing hearing in this matter was provided by the Court's clerk.

Respectfully submitted,

Dated: January 18, 2008

*/s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Bahena
jason_ser@fd.org

Dated: January 18, 2008

*/s/ Aaron B. Clark*
**AARON B. CLARK**
Assistant United States Attorney
aaron.clark@usdoj.gov

07cr2924-L