UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Case No. 07CR2924-L |
| v. | ) ) | CERTIFICATE OF SERVICE |
| HECTOR BAHENA-DOMINGUEZ, | ) ) | |
| Defendant. | ) ) | |

   Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing Hearing has been electronically served this day upon:

  Aaron Clark
  Assistant U.S. Attorney
  880 Front Street
  San Diego, CA  92101


Dated:  January 18, 2008        ___/s/ Jason I. Ser___
                JASON I. SER
                Federal Defenders
                225 Broadway, Suite 900
                San Diego, CA 92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                jason_ser@fd.org