UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HECTOR BAHENA-DOMINGUEZ,<br><br>　　　　Defendant. | Case No. 07cr2924-L<br><br>ORDER GRANTING<br>JOINT MOTION TO CONTINUE<br>SENTENCING HEARING |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for January 22, 2008, at 8:30 a.m. be continued until February 11, 2008, at 8:30 a.m.

**IT IS SO ORDERED**.

DATED: January 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge