JASON I. SER
California State Bar Number 201816
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: jason_ser@fd.org

Attorneys for Mr. Bahena

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2924-L |
| Plaintiff, ) | |
| ) | JOINT MOTION TO CONTINUE |
| v. ) | SENTENCING HEARING |
| ) | |
| HECTOR BAHENA-DOMINGUEZ, ) | |
| Defendant. ) | |

      Defendant, HECTOR BAHENA-DOMINGUEZ, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., along with the Assistant United States Attorney assigned to his case, Aaron Clark, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to continue the Sentencing Hearing now scheduled for February 11, 2008 at 8:30 a.m. until March 3, 2008 at 8:30 a.m.

//
//
//

1   Defense counsel has been preparing for a trial in a 10-year mandatory minimum drug case
2   set to begin on Tuesday, February 12, 2008, before Judge Houston.  In the last 3 weeks, counsel has had 2
3   other trials before Judges Moskowitz and Miller, and was out of the district for 1 week between those trials.
4   Counsel needs this additional time to prepare sentencing materials and meet with Mr. Bahena-Dominguez.
5   The proposed date and time for the sentencing hearing in this matter were provided by the
6   Court's clerk.

Respectfully submitted,

Dated:  February 7, 2008

*/s/ Jason I. Ser*
**JASON I. SER**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Bahena
jason_ser@fd.org

Dated: February 7, 2008

*/s/ Aaron B. Clark*
**AARON B. CLARK**
Assistant United States Attorney
aaron.clark@usdoj.gov

07cr2924-L