UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | Case No. 07CR2924-L |
| v. | ) ) | |
| HECTOR BAHENA-DOMINGUEZ, | ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Sentencing Hearing has been electronically served this day upon:

>Aaron Clark
>Assistant U.S. Attorney
>880 Front Street
>San Diego, CA  92101

and a copy mailed to:

>Hector Bahena-Dominguez
>Defendant

Dated:  February 7, 2008                     /s/ Jason I. Ser
                                                        JASON I. SER
                                                        Federal Defenders
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        jason_ser@fd.org