UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2924-L |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | SENTENCING HEARING |
| HECTOR BAHENA-DOMINGUEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the joint motion to continue the sentencing hearing in this matter now scheduled for February 11, 2008 at 8:30 a.m. be continued until March 3, 2008 at 8:30 a.m.

**IT IS SO ORDERED**.

DATED: February 8, 2008

_____
M. James Lorenz
United States District Court Judge